IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| MARY A. JONES, | ) |
| Plaintiff, | ) |
| vs. | ) |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) Case No. 7:18-cv-01420-LSC |
| Defendant, | ) |

## **MEMORANDUM OPINION**

On August 13, 2019, the magistrate judge entered a report and recommendation and allowed the parties therein fourteen (14) days in which to file objections to the magistrate judge's recommendations. No party has filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the court affirm the Commissioner's decision.

The court will enter a separate order in conformity with this Memorandum Opinion.

**DONE** AND **ORDERED** ON SEPTEMBER 3, 2019.

                                                   L. SCOTT COOGLER
                                     UNITED STATES DISTRICT JUDGE

160704